UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:03-CV-174-F(1)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>PETER C. CURNIN, )<br>)<br>Relator, )<br>)<br>v. )<br>)<br>BALD HEAD ISLAND LIMITED, )<br>MARK D. MITCHELL, MICHAEL K. )<br>MITCHELL, )<br>)<br>Defendants. ) | ORDER |

This matter is before the court *sua sponte*. It has come to the court's attention that the Relator in this action, Peter C. Curnin, has neither requested issuance of summons nor served the Defendants in a reasonable amount of time. Therefore the court, with the Government's consent, hereby ORDERS that this action be DISMISSED for failure to prosecute. The Government's Motion to Dismiss is DENIED as moot.

SO ORDERED.

This the 5th day of August, 2008.

James C. Fox
Senior United States District Judge