AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>PETER C. CURNIN,<br>        Relator,<br><br>    v.<br><br>BALT HEAD ISLAND, LIMITED,<br>MARK D. MITCHELL, MICHAEL, K.<br>MITCHELL,<br>        Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:03-CV-174-F** |

\_\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that all of the factors outlined in *Hillig* weigh in favor of dismissal with prejudice. In light of the Fourth Circuit's order vacating the court's prior dismissal, the court hereby ORDERED that this action be DISMISSED for failure to prosecute under Rule 41(b).


    THE ABOVE JUDGMENT WAS ENTERED TODAY, **July 20, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

| | |
|---|---|
| Francis X. Moore<br>1360 Center Dr., Suite 100<br>Atlanta, GA 30338 | Sydenham B. Alexander, Jr.<br>1526 East Franklin Street, Suite 202<br>Chapel Hill, NC 27514 |
| G. Norman Acker, III<br>310 New Bern Ave., Suite 800<br>Raleigh, NC 27601-1461 | |

| | |
|---|---|
| July 20, 2009<br>Date | DENNIS P. IAVARONE<br>Clerk of Court |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |