RECEIVED DEC 1 5 2006

PROPOSED SEALED MATERIAL: SUBMITTED PURSUANT TO
MOTION TO SEAL FILED ON December 14th, 2006

IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | ) ) ) | |
| Peter C. Curnin,<br>    Relator | ) ) ) ) | **DO NOT PLACE IN PRESS BOX**<br>**DO NOT FILE ON PACER**<br><br>Case No. 7:03-CV-174-F(1) |
| v. | ) ) | |
| BALD HEAD ISLAND LIMITED<br>A Texas limited partnership<br>MARK D. MITCHELL, general partner<br>MICHAEL K. MITCHELL, general partner,<br>    Defendants. | ) ) ) ) ) | |

## NOTICE OF APPEARANCE

Pursuant to Local Civil Rule 83.1(e) for the U.S. District Court for the Eastern District of North Carolina, Francis X. Moore and Beth E. Rogers, attorneys with the law firm of Frank X. Moore & Associates, said counsel and law firm being collectively referred to as the "Firm," together with Sydenham B. Alexander, Jr., as associated local counsel, and request that all pleadings and papers in this proceeding be served on them as counsel for Relator.

PROPOSED SEALED MATERIAL: SUBMITTED PURSUANT TO
MOTION TO SEAL FILED ON 12/15/06

FRANK X. MOORE & ASSOCIATES

By:
Francis X. Moore
Georgia Bar No. 519120
Beth E. Rogers
Georgia Bar No. 612092
3343 Peachtree Road, N.E.
East Tower, Suite 1150
Atlanta, GA 30326
Telephone (404) 442-2440
Telecopier (404) 442-2441
Attorneys for Relator

ALEXANDER & MILLER, LLP

By:
Sydenham B. Alexander, Jr.
State Bar No. 6478
1526 East Franklin Street
Suite 202
P.O. Box 3200
Chapel Hill, N.C. 27514-3200
Telephone (919) 929-1984
Telecopier (919) 929 1990
LR 83.1 Counsel for Relator

PROPOSED SEALED MATERIAL: SUBMITTED PURSUANT TO
MOTION TO SEAL FILED ON December 14th, 2006

CERTIFICATE OF SERVICE

This is to certify that the undersigned, counsel for Relator, have this date served the following as counsel of record in the foregoing matter, with a copy of the within and foregoing Proposed Sealed Material: Submitted Pursuant to Motion to Seal Filed on December 14th, 2006: Notice of Appearance, in the above captioned action by depositing same in the United States Mail, with proper postage affixed thereon, and addressed to:

> Norman Acker
> 310 New Bern Avenue
> Suite 800
> Raleigh, NC 27601

This 15th day of December, 2006.

Francis X. Moore